Rel: September 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0200

David A. Land v. Donald W. Stewart (Appeal from Calhoun Circuit Court: CV-23-900374).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Wise, Sellers, Stewart, and Cook, JJ., concur.